OPINION — AG — **** COUNTY ASSESSOR — RAISE OR LOWER ASSESSMENT RATIO **** THE COUNTY ASSESSOR DOES NOT HAVE THE AUTHORITY TO RAISE OR LOWER THE ASSESSMENT RATIO APPLICABLE TO THE COLLECTION OF AD VALOREM TAXES AFTER THE ASSESSMENT ROLL AND THE RATE SHOWN ON THE ASSESSMENT ROLL HAVE GONE TO THE COUNTY BOARD OF EQUALIZATION. CITE: 68 O.S. 1974 Supp., 2459 [68-2459], 68 O.S. 1974 Supp., 2468 [68-2468] (JOHN PAUL JOHNSON)